**Order entered February 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01561-CV

### THIRD PARTY ANESTHESIA ADMINISTRATORS, LLC, Appellant

### V.

### STAFF CARE, INC., Appellee

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-09915**

## ORDER

Before the Court is appellant's January 27, 2014 motion for extension of time to file brief. In the motion, appellant asserts it "intended to file an appeal based upon an incorrect and insufficient judgment and also upon evidentiary errors made by the Trial Court during and following a bench trial." Appellant further asserts that because the reporter's record has not been filed, "despite diligent request and inquiry," it has "elected to appeal based on the issue of the incorrect and insufficient *Judgment* which Appellant requests be vacated in *Appellant's Brief* filed concurrently herewith."

Appellant's motion appears to be in response to the Court's January 23, 2014 notice informing appellant its brief is overdue and directing the brief and an extension motion be filed no later than February 3, 2014. A review of the Court record reveals the briefing deadline was

set by the Clerk of the Court following the filing of the clerk's record even though the reporter's record had not been filed. Because the briefing deadline is not triggered until the appellate record is complete and, to date, the reporter has not filed the record, it appears our January 23rd notice was inadvertently sent. *See* TEX. R. APP. P. 38.6(a). Although no extension is necessary, to the extent appellant filed its brief in response to the Court's January 23rd notice, we **GRANT** the extension motion and order the brief tendered with the motion filed as of the date of this order.

Because the reporter's record was due December 15, 2013 and it has not yet been filed, we **ORDER** Sheretta L. Martin, Official Court Reporter of the 162nd Judicial District Court, to file the record no later than February 13, 2014. No extensions will be granted absent exigent circumstances. Appellant shall file any amended brief within thirty (30) days from the date the reporter's record is filed. Appellee's brief is due within sixty (60) days from the date the record is filed.

We note appellant has not paid the $195 filing fee. Accordingly, we **ORDER** appellant pay the fee no later than February 13, 2014.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Sheretta L. Martin and all parties.

/s/     ADA BROWN
        JUSTICE